# BACHNER & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
### 39 BROADWAY
### SUITE 1610
### NEW YORK, NEW YORK 10006

TELEPHONE: (212) 344-7778
FACSIMILE: (212) 344-7774

MICHAEL F. BACHNER*

SCOTT J. SPLITTGERBER**
HOWARD WEINER***

*ALSO ADMITTED IN NJ
**ALSO ADMITTED IN ILLINOIS
***ALSO ADMITTED IN CALIFORNIA AND NJ

www.bhlawfirm.com
www.bachnerlaw.com

NEW JERSEY OFFICE
175 FAIRFIELD AVENUE
SUITE 3D
WEST CALDWELL, N.J. 07006
TEL: (973) 403-9550




March 24, 2017

**VIA ECF**
Hon. Jed S Rakoff
US District Court Judge
Southern District of New York
United States Courthouse
500Pearl Street
New York, NY 11201

**Re:    USA v. Gohari (16 Cr. 246) (JSR)**

Dear Judge Rakoff:

I am writing with the consent of the government and Pre-trial Services Office Joseph Perry to respectfully request that the defendant Gohari's bail conditions be modified to allow him to travel to Lakewood, NJ. on April 3, 2017 to attend his cousin's wedding which begins at 7:00 p.m.  Mr. Gohari will need to leave in the morning and respectfully requests the option to return home on April 4 since the wedding will be ending quite late.  In addition, Mr. Gohari would like to travel to Stamford, NY, located in the Northern District of New York for the Passover holiday from April 15-April 20.  I understand that he will also need to travel through New Jersey to get there.  We will provide pre-trial and the government with the addresses of the events several days prior to their occurrence.

**BACHNER & ASSOCIATES, P.C.**

Thank you very much for your kind consideration of this request.

Respectfully submitted,

Michael F. Bachner

SO ORDERED:

3-31-17
USDCJ Jed S. Rakoff

MFB/jl

Cc: AUSA Jason Richman
AUSA Jordan Estes
PO J. Perry